# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER DEANDRE THORNTON

NO. 2021 KW 1203

DECEMBER 6, 2021

---

In Re:    Christopher Deandre Thornton, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-16-1160.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT DENIED.** The district attorney has the primary responsibility to move to set criminal cases for trial, although under the court's inherent power, the trial judge of the division to which the case is assigned has ultimate control over the scheduling of criminal cases for trial. See La. Code Crim. P. arts. 17 and 61; **State v. Simpson,** 551 So.2d 1303, 1304-05 (La. 1989) (*per curiam* on rehearing).

                         **JMM**
                         **WIL**
                         **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
           FOR THE COURT